John C. Kress (53396 MO)
Kress Law, LLC
P.O. Box 6525
St. Louis, MO 63125
Ph.# (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com
Attorney for Objector/Appellant Jonathan E. Fortman

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN AKINS, ET AL., | No. 23-3623 |
| Plaintiffs-Appellees, | D.C. No. 3:18-md-02843-VC |
| | Northern District of California, |
| v. | San Francisco |
| JONATHAN E. FORTMAN, | |
| Objector-Appellant | APPELLANT'S MOTION TO STAY AND/OR VACATE BRIEFING SCHEDULE |
| v. | |
| FACEBOOK, INC., | |
| Defendant-Appellee | |

_____

COMES NOW, Appellant Jonathan E Fortman, and hereby moves for a stay of the briefing in this appeal, as another decision is pending in another court which will impact an issue that is nearly identical to the issue raised by Objector/Appellant Fortman. This other appeal, _Davis v. Meta Platforms, Inc_.. Appeal No. 22-16903, is to be argued on February 7, 2024. In support of his motion, Appellant states as follows:

1. On January 5, 2024, this Court granted a 90 day stay to Objectors/Appellants Sarah Feldman and Jill Mahaney on this issue, who also filed notice of appeal in the underlying judgment of the District Court in Case No. 3:18-md-02843-VC (Docket Entry :9.1, p. 1 of 1)(Appellate Case No. 23-3550).This Court vacated and stayed the briefing schedule, making the opening brief due April

5, 2024, and the answering briefs due May 6, 2024, with reply brief due 21 days after service of the answering brief.

2. On January 10, 2024 Appellant's counsel via email sought consent of Appellees' for filing this Motion to Stay but did not receive a confirmation or consent for staying the briefing schedule . On January 22, 2024, prior to filing this Motion to Stay, Appellant finally received email confirmation that Appellee would oppose the Motion to Stay, unless "the appeals were consolidated for more purposes than just the briefing schedule" with appellants Feldman and Mahaney.

3. Appellant Fortman's issue presented to the District Court ( at I., Doc # 1160-1, p. 8-19, Objection 56 of "Supplemental Notice of Filing of Objections Received After July 30, 2023"). While Appellant has two (2) other issues intertwined with his appeal (application of a negative multiplier to class counsels' fees, and overpayment of named class reps), the decision made in *Davis v. Meta Platforms, Inc.*, Appeal No. 22-16903 may impact whether or not such appeal would continue depending on the reasoning and conclusions reached by this Court.

WHEREFORE, for the foregoing reasons, Appellant moves this Court for its Order staying these proceedings.

Respectfully submitted,

/s/ John C. Kress_____

John C. Kress (53396 MO)
Kress Law, LLC
P.O. Box 6525
St. Louis, MO 63125
Ph.# (314) 631-3883
Fax: (314) 332-1534
Email:jckress@thekresslawfirm.com

Attorney for Objector/Appellant
Jonathan E. Fortman

**CERTIFICATE OF SERVICE**

I, John C Kress, hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the appellate CM/ECF. I certify that to the best of my knowledge all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John C. Kress